FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 01 2020 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA vs DONNELL RUSSELL
Case No: 20-MJ-239 Date Filed: March 9, 2020

Sylvette Reynoso, Special Agent
United States Dept of Homeland Security
Homeland Security Investigations
ICE Office of Diversity and Civil Rights,
500 12th Street, S.W. Stop 5010,
Washington, D.C. 20536-5010

Donnell Russell
via THE DONNELL RUSSELL Trust
c/o 910 West Van Buren Street, #100-352
Chicago, Illinois State (60607)

The Honorable Peggy Kuo, Magistrate Judge
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Dear Sir/Madam,

Would your accountant prepare and file federal tax forms 1096/1099 OID (Original Issue Discount) to cover the eligible issues (products) in this matter. The products in question constitute the eligible issues described as follows:

These issues relate to case #20-MJ-239 (T. 18, U.S.C., §§ 2261A(2), 2261 (b)(5), 2 and 3551 et seq.), at the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK-COURT OF COMMON PLEAS – UNITED STATES OF AMERICA verses DONNELL RUSSELL also known as "Don Russell"
Violations: Title 18, United States Code, §§ §§ 2261A(2), 2261 (b)(5), 2 and 3551 et seq.

The Appearance Bond in the amount of $150,000.00

1. The Penal Bonds with OMB No: 9000-0045, Standard Forms: 24, 25, 25A, 273, 274, 275 – Bid, Performance, Payment, Reinsurance Agreement For A Miller Act Performance, Payment, In Favor Of The United States Bonds (estimated amount shown on 1099 OID forms enclosed).
2. Any other bonds subsequent to and including the True Bill Indictment.

All the above eligible issues listed above (1-3) are all being withheld.

All those products in issue are prepaid and I am in need of information of your business plan to process prepayments inorder to facilitate the tax report of the federal withholding to the IRS as taxable income to me. You did not provide me with a check or money order inorder to pay for the products of your withholding which constitutes a dishonor in itself. Any dishonor/denial in this matter on your part admits this settlement to be tax recovery issue. The IRS will want to know where the funds are that are being withheld. Instructions are needed on how to proceed in order to make settlement.

The tax in question is the original issue discount. The filing of the 1099 OID is to enable the tax charge to return to the source for settlement and closing of escrow in exchange, Registered

Donnell Russell
Navajo Jewelry
USA 2c
Copyright

UNITED STATES OF AMERICA vs DONNELL RUSSELL
Case No: 20-MJ-239 Date Filed: March 9, 2020

Treasury Account #RB024214076US for EIN 325644286 and TD account number 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. After filing, return to my possession all the corresponding property that belongs to me. If you do not intend to comply with my request, then provide me with your tax identification number. Please note that I wish to be indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US - Illinois, which was previously lodged with the U.S. Treasury.

Your refusal makes you a participant in an international contract (a small claim), and your name becomes eligible to appear in the tax report as a recipient of the payer, who is identified in the eligible issue/bill/bond/etc. You have knowledge/access to the value and other information to report/file the federal tax form and you are now holding a tax liability until you make settlement, by return to the source (which is what the filing of the 1099 OID does), and that source is eligible for a tax refund. You would become the holder-in-due-course of the eligible issue(s) for the value stated herein, that value being a federal tax liability.

If I do not hear from you within 5 working days of the receipt of this letter, the enclosed 1099 OID tax form will be deemed correct for filing with the IRS.

Sincerely,

By: ______________________

**CERTIFICATE OF MAILING**

On this 24 day of September, 2020 I personally watched this letter be placed into a postage pre-paid envelope addressed to the above addresses and it was then delivered to the Cardiss Collins post office 433 West Harrison Street Chicago, Illinois 60607

By: /s/ June Barrett
All Rights Reserved

Donnell Russell



**EASTERN DISTRICT OF NEW YORK**
**NEW YORK COUNTY**

**IN THE DISTRICT COURT**

**UNITED STATES OF AMERICA**

**Case No. 20-MJ-239**

**v.**

**DONNELL ANTON RUSSELL**
**Also known as "Don Russell"**

**LETTER ROGATORY FOR RELIEF**
**Under the Hague Convention**
**Title 18 §1781**

I, Donnell Anton Russell, Executor for the DONNELL ANTON RUSSELL cestui que trust, to notice the Court of my Letter Rogatory to the EASTERN DISTRICT OF NEW YORK, and demand my name be cleared of this alleged 'criminal case' for the reasons set forth below:

1) I, Donnell Anton Russell, have learned that this alleged 'Court' that has scheduled a case/cause/claim against me is not really a 'court' as per the Constitution of the United States, but rather a tribunal operated as a private corporation.

2) I have learned of the fraud that goes on behind the scenes of these alleged 'criminal cases', which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the people. I am hereby letting the court know that I am opting out of any contract and do not allow any documents regarding me or my cestui que trust to be securitized and sold to any investors etc.

3) The fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the 'Defendant' is a decedent. After finding the alleged 'Defendant' guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant is a 'decedent', the court officials consider themselves as a beneficiary.

4) When a judge asks if a person understands, he/she is asking if the person is liable for the bond. I am not responsible for the bond of this/these cases, but I will appoint the Judge as Trustee/Fiduciary and be the beneficiary of all proceeds.

Copyright

5) The judgments are stamped with something to the effect of "Pay To The Order Of..." on the back and taken to the federal discount window. The judgment now becomes a 'note'.

6) The notes are then pooled together and then become securities, which are yet pooled together and sold as bonds.

7) Said bonds are liens against me.

8) The United States Attorney's Office has a put code number, NAICS (North American Identification Security Classification. Said NAICS number enables the United States Attorney's Office to trade globally all securities.

9) All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which has another department called DLIS (Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

10) Said United States Attorney's Office and Courts have a Dunn's number (Dunn & Bradstreet).

11) Everything filed into court is securitized without the knowledge or consent of the people or of all parties.

12) All 'criminal' cases not heard in an Article 3 court (District Court of the United States) are really civil, however, the courts again commit fraud by labeling the case as criminal. All cases which are plead out or have a 'guilty conviction' label the civil defendant (through unlawful conversion) as felons, when they are not. This is fraud upon the people at large, and certainly fraud upon the alleged 'Defendants'.

13) The Bank Account is at Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

14) All securities are then deposited with the DTC in New York.

15) An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

16) The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse whom lists the securities for trading.

17) All of the lawyers involved are acting a private debt collectors according to the FDCPA (Title 15 §1692). The BAR Association exempts them from having to be registered as such; however, they

operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) use the case number to buy equity securities.

18) Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them 'distress debts' (Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

19) Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich, Germany (Pimco Bonds).

20) After 9 months, all paper is converted to a 'securities' status. This is defined in Title 15 §77(a)(b)(1) and are now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

21) The 'courts' have an account with the IMF (International Monetary Fund) under Interpol. The Judges involved and the US Attorneys involved do not have an accessible Oath of Office, because they cover up the fact that the oath of office is between them and the IMF.

22) The US Judges and US Attorneys are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under Title 22, which states all foreign agents must be registered.

23) The court judgments are deposited with the IMF. Since this case obviously involves me, I have a drawing right to all proceeds. See UCC §3-305 and §3-306. The court judgments are monopolized according to Title 16, which is a violation of anti-trust laws, and also unfair trade practices.

24) Indictments are True Bills, meaning they are negotiable instruments. The District Attorney failed to give me a 1099 OID showing me as the recipient of the funds, which is a fraud upon me. In my case, I have not been indicted, but still request a 1099 OID, unless the court wishes to close this account.

25) The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a §7201 of Title 26 violation (willful failure to file with the intent to evade the tax).

26) A copy of the Depository Resolution Agreement was not made available to me from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

27) The Clerk has a PMIA (Private Money Investment Account) is, which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

28) According to the IRS §6209 Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

29) I have never pledged my rights or my body to any gifting program, including any court or court process.

30) I am not a charitable organization. I demand all funds from the cases (current and past cases) be sent to me within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon me, and issue a 1099 OID.

31) I demand my name and my cestui que trust name, Donnell Russell/Donnell A. Russell / Donnell Anton Russell/Don Russell/D. RUSSELL/DONNELL RUSSELL/ DONNELL A. RUSSELL / DONNELL ANTON RUSSELL/DON RUSSELL be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or convicted felon be removed immediately and permanently nunc pro tunc.

32) I hereby request a copy of the Depository Resolution Agreement from the Clerk of Court. And a W-9 from the Judge and the US Attorney involved, if you wish to proceed with this case.

33) I hereby notice the Court that I am the executor of the cestui que trust D. RUSSELL/DONNELL RUSSELL/DONNELL A. RUSSELL /DONNELL ANTON RUSSELL/DON RUSSELL. According to Title 26 §303 & §7701, companies, corporations, and associations and trusts are all decedents. This means my all capital letter name is a legal estate. My all capital letter name falls into this class. I direct all of the affairs and financial affairs of D. RUSSELL/DONNELL RUSSELL/ DONNELL A. RUSSELL /DONNELL ANTON RUSSELL/DON RUSSELL.

34) I demand this case/account be closed and no further steps taken to securitize it.

35) I hereby ask the Court to notify local agents and agencies to put me on a 'do not disturb' list so we do not have to go through this again.

36) I am confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases.

37) I expect no further harassment from rogue unregistered foreign agents.

This **LETTER ROGATORY FOR RELIEF** presented this the 24 day of September, 2020.

Donnell A. Russell
Mail checks and correspondence to:
c/o 910 West Van Buren Street, #100-352
Chicago, Illinois State (60607)

Cc:

William Barr, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

5 USA DOLLARS
5 USA DOLLARS
1 USA DOLLAR
1 USA DOLLAR
10c USA
FOREVER USA
Illinois 1818
10c USA
10c USA
SEP 24 2
...le Peggy Kuo, Magistrate Judge
...tate's Attorney's Office
...District of New York
...rd Plaza East
...n, New York 11201
RETURN RECEIPT REQUESTED
United States Postal Service
REGISTERED MAIL
RB 902 635 108 US
1999
(102595) 99-M-1904
REG. SECT. NY/ISC BLDG. 250
JAMAICA, NY 11430
SEP 30 2020

Dorrell Russell
C/o 910 West Van Buren St #100-352
Chicago, Illinois State (60607)
RETURN RECEIPT REQUESTED
The Honorab
United
Eastern
271 Cad
Brookly
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 01 2020 ★
BROOKLYN OFFICE
Label 200, Ju
RETURN RECEIPT REQUESTED

