EAG:NS
F. #2020R00275

**Filed October 08, 2020**

**1:20-cr-00427**
**Judge Roslynn R. Mauskopf**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DONNELL RUSSELL,
    also known as "Don Russell"
    and "Colon Dunn,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **1:20-cr-00427**
(T. 18, U.S.C., §§ 2261A(2)(B),
 2261(b)(5), 2 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>INTERSTATE STALKING</u>

On or about and between November 2018 and February 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DONNELL RUSSELL, also known as "Don Russell" and "Colon Dunn," together with others, did knowingly and intentionally use (i) the mail, (ii) an interactive computer service, electronic communication service and electronic communication system of interstate commerce, and (iii) a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause and would reasonably be expected to cause substantial emotional distress to Jane Doe, an individual whose identity is known to the Grand Jury, and an

2

immediate family member of Jane Doe, with the intent to harass and intimidate Jane Doe and the immediate family member of Jane Doe.

(Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5), 2 and 3551 et seq.)

A TRUE BILL

*/s/ Jackie Turner*
FOREPERSON

*/s/ Seth D. DuCharme*
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00275
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

DONNELL RUSSELL,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2261A(2)(B), 2261(b)(5), 2 and 3551 et seq.)

*A true bill.*

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

*Clerk*

Bail, $ _____

*Elizabeth Geddes, Nadia Shihata & Maria Cruz Melendez, Assistant U.S. Attorneys*
*(718) 254-7000*