**Filed October 08, 2020**

**INFORMATION SHEET**

**20-cr-00427**
**Judge Roslynn R. Mauskopf**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Donnell Russell</u>

2. Related Magistrate Docket Number(s): <u>20-MJ-239</u>

3. Arrest Date: <u>8/13/2020 (appeared at telephonic arraignment via summons)</u>

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>United States v. Robert Sylvester Kelly, 19 CR 286 (AMD)</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Kings County</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

SETH D. DuCHARME
Acting United States Attorney

By: _____
Nadia I. Shihata
Assistant U.S. Attorney
(718) 254-6295

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12