

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS
F.#2020R00275

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 23, 2021

By E-Mail and ECF

Mr. Douglas Morris, Esq.
Federal Defenders of New York, Inc.
Eastern District of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

E-Mail: douglas_morris@fd.org

      Re:    United States v. Donnell Russell
                  Criminal Docket No. 20-427 (AMD)

Dear Mr. Morris:

      Enclosed please find the government's additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also continues to request reciprocal discovery from the defendant. Enclosed please find copies of the following items.

| Discovery Exhibit | Description |
|---|---|
| 11 | Affidavit and Search Warrant to search a forensic examination report of an Apple iPhone belonging to the defendant |
| 12 | Forensic Examination Report for an Apple iPhone belonging to the defendant |
| 13 | Subscriber information for three Google accounts |
| 13a | Business Records Certification |

| 14 | Sprint Records for Telephone Number (312) 975-5608 |
| --- | --- |
| 15 | T-Mobile Records for Telephone Number (312) 975-5608 |
| 15a | Business Records Certification |
| 16 | T-Mobile Records for Telephone Number (312) 203-3030 |
| 16a | Business Records Certification |
| 17 | AT&T Records for IP address 108.90.240.242 |
| 17a | Business Records Certification |
| 18 | T-Mobile Records |
| 18a | Business Records Certification |
| 19 | Google Records related to various YouTube videos |
| 19a | Business Records Certification |
| 20 | Facebook Records for "suvivinglies" account |
| 21 | Oath Records for two Yahoo! Email Accounts |
| 21a | Business Records Certification |
| 22 | Subscriber information for account ib.drussell@gmail.com |
| 22a | Business Records Certification |
| 23 | United States Postal Service ("USPS") Records for Tracking Number 7018 0680 0001 3304 2470 |
| 23a | Business Records Certification |
| 24 | USPS Records for Tracking Number 9590 9402 4018 8079 6963 58 |
| 24a | Business Records Certification |
| 25 | Redacted Report of Investigation Regarding the Defendant's Arrest |
| 26 | Redacted text message communications from Telephone Number (312) 203-3030 to Jane Doe #1 and Jane Doe #2 |

                Very truly yours,

                SETH D. DUCHARME
                Acting United States Attorney

By:      /s/
                Elizabeth Geddes
                Nadia Shihata
                Maria Cruz Melendez
                Assistant U.S. Attorneys
                (718) 254-7000

Enclosures

cc:    Clerk of the Court (by ECF) (without enclosures)