# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 20, 2016

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Donnell Russell, 20 CR 0427 (AMD)</u>

Your Honor:

On behalf of my client, Mr. Donnell Russell, I would like to request a brief adjournment of the status conference, now scheduled for Thursday, July 23, at 10:30 a.m., for approximately two weeks in light of other ongoing cases. I also move for an Order of Excludable Delay ("OED") until that next status conference date. Assistant U.S. Attorney Nadia Shihata has told me that the government does not object to this request.

Thank you for Your Honor's attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:   Assistant U.S. Attorney Nadia Shihata

      Clerk of the Court

      Mr. Donnell Russell