

U.S. Department of Justice

United States Attorney
Eastern District of New York

NS
F.#2020R00275

271 Cadman Plaza East
Brooklyn, New York 11201

October 8, 2021

By E-Mail and ECF

Mr. Douglas Morris, Esq.
Federal Defenders of New York, Inc.
Eastern District of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

E-Mail: douglas_morris@fd.org

Re: United States v. Donnell Russell
Criminal Docket No. 20-427 (AMD)

Dear Mr. Morris:

Enclosed please find additional discovery in the above-captioned case in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also continues to request reciprocal discovery from the defendant. Enclosed please find copies of the following items.

| Discovery Exhibit | Description |
|---|---|
| 27 | Illinois Secretary of State DMV records for Donnell Russell |
| 27a | Business Records Certification |
| 28 | Illinois Secretary of State DMV records for June Barrett |
| 28a | Business Records Certification |

| | |
|---|---|
| 29 | Birth certificate for Donnell Russell |
| 30 | T-Mobile Records for Telephone Number (312) 513-1020 |
| 30a | Business Records Certification |
| 31 | Emails addressed to or sent from colondunn@yahoo.com[1] |
| 32 | Search Warrant Return for Facebook page Surviving Lies |
| 32a | Business Records Certification |
| 33 | Subscriber records from Apple Inc. |
| 33a | Business Records Certification |
| 34 | Subscriber records from Apple Inc. |
| 34a | Business Records Certification |
| 35 | Text messages between (312) 203-3030 and Jane Doe #1 and Jane Doe #2 |
| 36a | Forensic report of text messages between two individuals identified in file name |
| 36b | Forensic report of subset of relevant text and MMS messages in DX 36a in chat format |
| 37 | Civil lawsuit pertaining to an individual |
| 38 | Transcript for a previously produced video clip (DX 1, Clip 1) |
| 39 | Transcript for a portion of a previously produced video clip (DX 1, Clip 3) |
| 40 | Emails addressed to or sent from ib.drussell@gmail.com[2] |
| 41 | Text messages between Donnell Russell and an individual |
| 42 | AT&T Records for Telephone Number (312) 203-3030 |

---

[1] These emails were previously produced to you on August 27, 2020 as part of the larger production of the search warrant return on this email account (DX 8).

[2] These emails were previously produced to you on August 27, 2020 as part of the larger production of the search warrant return on this email account (DX 7).

| | |
|---|---|
| 42a | Business Records Certification |

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By:     /s/
Elizabeth Geddes
Nadia Shihata
Maria Cruz Melendez
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (by ECF) (without enclosures)