**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALK
F. #2020R00275

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2023

By ECF

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Donnell Russell
             Criminal Docket No. 20-427 (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter to notify Your Honor that the court in United States v. Russell, No. 20-CR-538 (PGG) (S.D.N.Y.) denied the defendant's request to delay his surrender date to September 15, 2023 in a sealed order this morning.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:      /s/
                              Anna L. Karamigios
                              Assistant U.S. Attorney
                              (718) 254-7000

cc:    Clerk of the Court (AMD) (by ECF)
        Michael G. Freedman, Esq. (by ECF)