RECEIVED IN PRO SE
MAY 9 2023 11:38 PM
VIA BOX.COM

NOTICE OF APPEAL

* * * * * * * * * *

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
PLAINTIFF - APPELLEE

-V-

DONNELL RUSSELL
   Also known as Don Russell
DEFENDANT - APPELLANT

NOTICE OF APPEAL

1:20-cr-00427-AMD
Docket No.

Notice is hereby given that Donnell Russell
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

Deny my motion to extend my surrender date until September 15th, 2023. In February of 2023 due to the stress caused by this case I began to experience shortness of breath and blood clots in my legs. After several examinations It was decided that I suffered from: Pneumonia, Sleep Apnea, a Lung infection, and Thyroid nodules. (A problem with my respiratory system) Several specialists in the medical field have ordered Scans and we are currently awaiting the results. My current ongoing treatment consists of a sleep test and a pulmonary specialist to get my breathing back to normal.

entered in this action on the 5th day of May, 20 23.

Signature

Donnell Russell
Printed Name

1826 S MILLARD AVE
Address

Chicago, IL 60607

(312) 632-3594
Telephone No. (with area code)

Date: May 8, 2023