April 7, 2023

RECEIVED IN PRO SE
MAY 9 2023 @ 1:22 PM
VIA BOX.COM

Michael Freeman,
THE FREEDMAN FIRM
10100 Santa Monica Blvd Suite 300
Los Angeles, CA 90067

Dear Mr. Freeman,

After much contemplation and consideration, I have decided to terminate your legal services and representation effective IMMEDIATELY.

I, Donnell Anton Russell affirm I am competent and of sound mind and the decision to terminate your legal service is/was made wholeheartedly by me, Donnell Anton Russell.

My decision to cancel all prior powers of attorney is final and effective immediately. Turnover any legal documentation concerning both cases to me and cease communicating or discussions with the prosecutor and remove and/or delete the designation of you being my legal representative in all matters.

## Cancellation of All Prior Powers of Attorney

"All prior Powers of Attorney granted by Donnell Anton Russell, Russell, Donnell Anton, Donnell A. Russell, DONNELL ANTON RUSSELL, DONNELL A. RUSSELL, RUSSELL, DONNELL ANTON, RUSSELL, DONNELL A. are removed, cancelled, and permanently revoked effective December 13, 1995.

Donnell Anton Russell is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: Donnell Anton Russell, c/o 1826 South Millard Avenue, Chicago, Illinois State (60623)."

By Executor: _____.
Donnell Anton Russell©

On this 14th day of April 2023

## Public Notary Witness

Illinois State
Cook County

I Rosa Olivo , a Notary, was visited today by the man known to me to be Donnell Anton Russell, and he did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated.

by: _____ Notary;

My Commission expires on: June 18, 2024 .

ROSA OLIVO
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 18, 2024